1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KULWANT LASHER, ) | Case No.: C 10-04173 PSG |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER SCHEDULING CASE** |
| v. ) | **MANAGEMENT CONFERENCE** |
| ) | |
| ) | |
| CITY OF SANTA CLARA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

A case management conference shall be held on March 1, 2011 at 2PM. The parties shall file a joint case management statement no later than February 22, 2011.

IT IS SO ORDERED.

Dated:    February 14, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*