UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KULWANT LASHER, USA EXPRESS CAB LLC,<br><br>          Plaintiffs,<br>     v.<br><br>CITY OF SANTA CLARA,<br><br>          Defendant. | Case No.: 10-CV-04173-LHK<br><br>ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT BY 1:00 P.M. MONDAY, JULY 18, 2011 |

A Case Management Conference is scheduled before the undersigned judge on July 20, 2011. Under the Court's Local Rules, parties are required to submit a Joint Case Management Statement no fewer than seven days before the Case Management Conference. The parties have failed to submit such a Statement in violation of Civil Local Rule 16-10. Accordingly, as soon as practicable, but no later than 1:00 p.m., Monday, July 18, 2011, the parties shall file a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: July 14, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04173-LHK
ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT