1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KULWANT LASHER, USA EXPRESS CAB LLC,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SANTA CLARA,<br><br>Defendant. | Case No.: 10-CV-04173-LHK<br><br>ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT BY 1:00 P.M. FRIDAY, NOVEMBER 4, 2011 |

A Case Management Conference is scheduled before the undersigned judge on November 7, 2011.  Under the Court's Local Rules, parties are required to submit a Joint Case Management Statement no fewer than seven days before the Case Management Conference.  As of today, November 2, 2011, the parties have not yet submitted a Joint Case Management Statement.  This is the second time the parties have failed to comply with Civil Local Rule 16-10.  As soon as practicable, but no later than 1:00 p.m., Friday, November 4, 2011, the parties shall file a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: November 3, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04173-LHK
ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT