JON A. HEABERLIN (SBN 199810)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
(408) 293-0463

Attorneys for Defendant
CITY OF SANTA CLARA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULWANT LASHER, USA EXPRESS CAB LLC,<br><br>     Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CLARA,<br><br>     Defendant.<br>_____ | Case No. CV 10-04173 LHK<br><br>**[PROPOSED]** **JUDGMENT** |

Defendant's *Motion for Summary Judgment* having been granted by *Order* of this Court (dated 2/6/12), IT IS ORDERED AND ADJUDGED that Plaintiffs shall take nothing and that Judgment shall be entered in favor of Defendant CITY OF SANTA CLARA and against Plaintiffs KULWANT LASHER and USA EXPRESS CAB, LLC.

**IT IS SO ORDERED.**

DATED: February 13, 2012

_____
JUDGE OF THE UNITED STATED
DISTRICT COURT